AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>EMERSON BENJOINO,<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 17-8286-WM<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 14, 2017__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) | Possession of a controlled subtance with intent to distribute (fentanyl). |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a firearm in furtherance of a drug trafficking offense. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Jon Longo, Special Agent (HSI)
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  07/20/2017

_____
_Judge's signature_

City and state:  West Palm Beach, Florida      William Matthewman, U.S. Magistrate Judge
_Printed name and title_

FILED JUL 20 2017

2

was parked outside of a UPS store in Wellington, Florida[1] BENJOINO's vehicle was then searched. The evidence recovered from his vehicle included a small bottle of oil, six fraudulent Florida driver's licenses (D/Ls), two small clear baggies, several pink colored pills, a yellow pill, as well as another international UPS package from China. The oil tested positive as hashish oil. Three of the fraudulent D/Ls had BENJOINO's name, but with different D/L numbers. The other three fraudulent D/Ls each had a different name and number. All six of the fraudulent D/Ls had BENJOINO's picture. After a separate state search warrant was obtained for the package in the vehicle, the package was searched and the PBSO Crime Laboratory determined that the package contained 49 grams of fentanyl.[2] This quantity of fentanyl is consistent with distribution, not personal use.[3]

5. On or about June 14, 2017, PBSO obtained a separate state search warrant for BENJOINO's residence in Wellington, Florida. Upon entry to the residence agents discovered a room which was secured with a coded fingerprint cypher locking system. While entering the room, agents observed a clandestine lab with drug mixing equipment. Upon discovery of this lab, agents exited the residence and called for DEA's clandestine lab team for assistance. During the search, items of evidence were recovered from that lab and other areas of the residence that demonstrate BENJOINO's participation in a drug distribution scheme.

6. For example, in the home laboratory, agents recovered more than 200 grams of fentanyl (as confirmed by laboratory analysis), which is also consistent with distribution rather

---

[1] BENJOINO had just been arrested picking up a package containing 3 liters of GBL from China, which is commonly known as a date rape drug.

[2] There was also a plastic bag with approximately 2.7 grams of fentanyl in the car.

[3] For example, a typical capsule of street mix, which is fentanyl and cutting agents, contains .2 grams of fentanyl and sells for approximately $20.

2

than personal use.[4] Agents also recovered a ledger that showed BENJOINO's receipt and sale of fentanyl, GBL, and alprazolam (a/k/a "Xanax") for the time period between May 2016 and June of 2017. The ledger indicates that BENJOINO made approximately $316,000.00 from the transactions written in it. Over $407,000.00 cash was also found in the lab, as well as a handwritten note chronicling the plans to purchase more pill presses (which are used to make pills) after reaching money earning goals, with the final goal on the note reading, *"2 million and we are DONE!"*

7.  Inside the laboratory, hanging on the walls, were certificates and diplomas in BENJOINO's name. Also in the laboratory, in close proximity to the money and controlled substances, there were two firearms: a Century Arms AK-47 type semi-automatic rifle and a Taurus semi-automatic pistol. A loaded magazine for each firearm was also readily accessible and available for insertion into the corresponding firearm within short notice (seconds at most).

8.  While the ledger goes back one year, HSI has checked customs databases and confirmed that BENJOINO has received packages from China for approximately 5 years. At present, Florida wage and hour records have not shown any source of legitimate income for BENJOINO.

9.  Based upon the facts submitted above, your affiant respectfully asserts there is probable cause to arrest BENJOINO for possession of a controlled substance (fentanyl) with intent

---

[4] Most of the fentanyl was in the laboratory, but at some of it was also found in the master bedroom.

to distribute, in violation of 21 U.S.C. § 841(a)(1), and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

FURTHER YOUR AFFIANT SAYETH NOT

_____
JON LONGO, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

SUBSCRIBED AND SWORN TO BEFORE ME IN
WEST PALM BEACH FLORIDA, ON JULY 20, 2017.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTREATE JUDGE - SDFL

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-8286-WM

UNITED STATES OF AMERICA

vs.

EMERSON BENJOINO,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

BY: _/s/ Anthony W. Lacosta_
        Anthony W. Lacosta
        Assistant United States Attorney
        Court No. A5500698
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401
        TEL:  (561) 820-8711
        FAX:  (561) 805-9846
        Email: Anthony.Lacosta@usdoj.gov