UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80175-CR-DIMITROULEAS/MATTHEWMAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EMERSON DE OLIVEIRA BENJOINO,

        Defendant.
_____/

UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE

Plaintiff, United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled case:

**FORFEITURE**

Upon conviction of Counts One through Nine of this Indictment, the defendant, **EMERSON DE OLIVEIRA BENJOINO**, shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853, including, but not limited to, the following:

    a.  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2701 Yarmouth Drive, Wellington, Florida

1

33414, and more particularly described as:

> Lot 9, Block 69, Greenview Shores No. 2 of Wellington (P.U.D.), according to the map or plat thereof, as recorded in Plat Book 31, Page(s) 120 through 136, inclusive, of the Public Records of Palm Beach County, Florida.
>
> Parcel Identification Number : 73-41-44-09-02-069-0090

b.  At least four hundred and seven thousand dollars ($407,000.00) in United States currency.

If any of the forfeitable property described in the forfeiture section of this indictment, as a result of any act or omission of the defendant,

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third person;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

Pursuant to Title 21, United States Code, Section 853.

_____

Respectfully submitted,

BENJAMIN G. GREENBERG

ACTING UNITED STATES ATTORNEY

BY:  s/ Antonia J. Barnes
ANTONIA J. BARNES (Fl Bar No 261777)
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
United States Attorney's Office
500 S. Australian Ave., Ste. 400
West Palm Beach, Fl. 33401-6235
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for United State

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on September 29, 2017, on the counsel or parties of record as indicated below.

s/ Antonia J.Barnes
ANTONIA J. BARNES

SERVICE LIST

United States v. Emerson De Oliveira Benjoino
Case No. 17-80175-CR-DIMITROULEAS/MATTHEWMAN
United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]


Anthony LaCosta
Assistant U.S. Attorney
Anthony.lacosta@usdoj.gov
U.S. Attorneys Office

500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561)820-8711
Facsimile: (561) 820-8777
Attorney for Plaintiff United States
[Service via CM/ECF]