UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-80175-DIMITROULEAS

UNITED STATES OF AMERICA,
          Plaintiff,

v.

NICOLE BENJOINO
          Defendant

**PETITION OF BROKER SOLUTIONS, INC, FOR ANCILLARY HEARING**

Broker Solutions, Inc., a California corporation, dba New American Funding ("Broker Solutions, Inc."), by its counsel, Maurice Wutscher LLP, petitions this court for an ancillary hearing pursuant to 21 U.S.C. § 853(n) and asserts its interest as an innocent third party with respect to property which has been forfeited in the United States, in the above-styled case, as follows:

1.      Broker Solutions, Inc. asserts its interest in the following property ("Subject Property") ordered forfeited to the United States in this Court's Preliminary Order of Forfeiture dated December 29, 2017 [D.E. 37]:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixture, attachments and easements, located at 2701 Yarmouth Drive, Wellington, Florida 33414, and more particularly described as:

> Lot 9, Block 69, Greenview Shores No. 2 of Wellington (P.U.D.), according to the map or plat thereof, as recorded in Plat Book 31, Page(s) 120 through 136, inclusive, of the Public Records of Palm Beach County, Florida.   Parcel Identification Number: 73-41-44-09-02-069-0090

1

2.      Broker Solutions, Inc. acquired its interest in the Property as the lender and senior lienholder.

3.      On or about June 23, 2015, Nicole Benjoino executed and delivered to Broker Solutions, Inc. a promissory note in the principal amount of $203,100.00 ("Note").  A copy of the Note is attached hereto as **Exhibit A**.  The length of time and payment provisions of this loan are fifteen (15) years with monthly payments of $1,414.81.

4.      The Note was and is secured by a mortgage dated June 23, 2015 ("Mortgage"), recorded on July 8, 2015 as instrument no. CFN 20150251866 in the official records of Palm Beach County, Florida.  A copy of the Mortgage is attached hereto as **Exhibit B**.

5.      As of December 1, 2017, the principal due and owing under the Note is $175,413.83 and the interest due and owing is $456.81.  Interest will continue to accrue under the Note at a rate of approximately $15.02 per diem from December 1, 2017.  The Note is presently in default as a consequence of Nicole Benjoino's failure to pay the required installments.  The Note has been continuously in default since December 1, 2017.

6.      Pursuant to the terms of the Mortgage, casualty insurance in the amount of $566,500.00 must be maintained on the property.  The annual premium for this insurance is $5,957.00.  Casualty insurance premiums have been paid through October 15, 2018.

7.      Pursuant to 21 U.S.C. § 853(n)(6), the petitioner, Broker Solutions, Inc., has a prior vested or superior interest in the property or is a bona fide purchaser for value of the right, title, or interest in the above-described property and was at the time of the purchase reasonably without cause to believe that the property was subject to forfeiture.

8.      The petitioner seeks relief from this court's preliminary order of forfeiture and hereby requests that this Honorable Court hold a hearing ancillary to the criminal conviction of

Nicole Benjoino at which the petitioner may testify and present evidence and witnesses on its own

behalf pursuant to 21 U.S.C. § 853(n)(5) and further that this court amend its Preliminary Order

of Forfeiture dated December 29, 2017 [D.E. 37] to recognize fully the interest of Broker

Solutions, Inc. as it is set forth herein.


Dated:  March 27, 2018                    Respectfully submitted,

                                       **Broker Solutions, Inc., dba New American Funding**

          By:    /s/ Christopher P. Hahn
                Christopher P. Hahn, Esq.
                MAURICE WUTSCHER LLP
                Florida Bar No. 87577
                110 E. Broward Blvd., Suite 1700
                Fort Lauderdale, FL 33301
                Direct:  (772) 237-3410
                Fax:  (866) 581-9302
                E-mail: chahn@mauricewutscher.com


## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2018, at Tustin, California.


_____
Christy Bunce
COO


3

**Certificate of Service**

The undersigned hereby certifies that, on this **29th day of March 2018**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties:

> Mark W. Lester
> Assistance U.S Attorney
> Mark.Lester@usdoj.gov
> U.S. Attorney's Office
> 500 S. Australian Ave., Ste. 400
> West Palm Beach, FL 33401
> Attorney for Plaintiff United States
>
> Anthony W. Lacosta
> Assistant U.S. Attorney
> Anthony.Lacosta@usdoj.gov
> U.S. Attorney's Office
> 500 S. Australian Ave., Ste. 400
> West Palm Beach, FL 33401
> Attorney for Plaintiff United States
>
> L. Donald Murrell, Jr.
> ldmpa@bellsouth.net
> 400 Executive Center Drvie, Ste. 201
> West Palm Beach, FL 33401
> Attorney for Defendant Nicole Benjoino

/s/Christopher P. Hahn